**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Gregory Paul Allen Marceaux
Marceaux Law Firm
2901 Hodges St.
Lake Charles LA 70601

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 4, 2024

**REHEARING ACTION: December 4, 2024**

**Docket Number: 24   00514-CW**

**SUSAN DEVER AND**
**MARK DEVER**
**VERSUS**
**BERKSHIRE HATHAWAY**
**HOMESTATE INSURANCE**
**COMPANY, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2023-3716 F**

**BEFORE JUDGES:**

**Hon. Sharon Darville Wilson**
**Hon. Charles G. Fitzgerald**
**Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Susan Dever and Mark Dever** has this day been

**DENIED.**

cc: Ashley C. Wimberly, Counsel for  the Respondent
    Sloan L. Abernathy, Counsel for the Applicant
    Karina Shareen, Counsel for the Applicant
    Megan D. Champagne, Counsel for the Applicant